UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Bell,

    Plaintiff,

v.

American Accounts & Advisers, Inc.,

    Defendant.

ORDER
Civil No. 18-2474 (MJD/ECW)

_____

    Anthony P. Chester, Hyde & Swigart, Counsel for Plaintiff.

    Richard J. Malacko, Malacko Law Office, Counsel for Defendant.
_____

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated November 15, 2018.

    Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will adopt the Report and Recommendation.

    IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees [Doc.

1

No. 8] is GRANTED in part and DENIED in part as follows: Plaintiff shall recover from Defendant attorney's fees and costs in the amount of $6,726.36.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 28, 2019

s/ Michael J. Davis  
MICHAEL J. DAVIS  
United States District Court